UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| JILL DUNIGAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WEST 10TH DENTAL GROUP, )<br>Professional Corporation, )<br>)<br>Defendant. ) | Case No. 1:11-cv-00638-WTL/DKL |

## **ORDER**

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by Plaintiff, Jill Dunigan, and Defendant, West 10th Dental Group. The Court, being first duly advised, now grants the Stipulation.

IT IS THEREFORE ORDERED that all claims in this case are dismissed, with prejudice.

Dated: 09/28/2012

　　　　　　　　　　　　　　　　　　　　　Hon. William T. Lawrence, Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

COPIES TO:

Charles R. Shedlak at crs@sandblawirm.com
David D. Robinson at drobinson@scopelitis.com

h:\users\bleive\documents\barta\by dunigan 4949.4\pleadings\dismissal order.doc